UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JAYSON TREVOR BALL,            )<br>                                )<br>            Plaintiff,          )<br>                                )<br>    v.                          )<br>                                )<br>BOBBY BRADLEY,                  )<br>                                )<br>            Defendant.          )<br>_____) | 3:06-cv-00676-LRH (VPC)<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#12) entered on December 6, 2007, in which the Magistrate Judge recommends that the Defendant's Motion to Dismiss (#7) be granted. The Report and Recommendation (#12) was returned as undeliverable on December 17, 2007, and marked "Discharged" (#13). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#12); therefore, Defendant's Motion to Dismiss (#7) is granted. The Clerk of the Court shall enter judgment accordingly.

      IT IS SO ORDERED.

      DATED this 27th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE